## W. N. THOMAS v. WESTERN INDEMNITY CO. (No. 889.)

(Court of Civil Appeals of Texas. El Paso. Feb. 21, 1923.)

Appeal from El Paso County Court at Law; W. P. Brady, Judge.

Rufus B. Daniel and Del W. Harrington, both of El Paso, for appellant.

Ware & Norcop, C. H. Kirkland, and W. M. Peticolas, all of El Paso, for appellee.

HARPER, C. J. At a former term, after a majority had reached the conclusion that this case should be reversed and rendered (206 S. W. 944), the questions presented were certified to the Supreme Court.

These questions are answered in favor of the judgment by the trial court, which demands its affirmance, and it is so ordered. Thomas v. Western Ind. Co., 112 Tex. 132, 246 S. W. 345.

Affirmed.